UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CXA-16 CORPORATION,

    Plaintiff,

v.                                                                                      Civil Action No. 2:12cv168

LAKE WRIGHT, LLC,

    Defendant.

FINAL
ORDER TERMINATING RECEIVERSHIP

This matter came on upon the Motion to Terminate Receivership ("Motion") filed by
Hospitality Management Advisors, Inc. ("HMA"), receiver, seeking the termination of the
receivership instituted in this case, due to the foreclosure sale of the Hotel Property (as defined in
the Final Consent Order entered on April 3, 2012) and more particularly described below, which
was the subject of this receivership. It appearing and the Court finding as follows:

1.    On March 29, 2012, Beal Bank filed the Complaint in this matter, seeking, among
other things, the entry of an order appointing a receiver to take possession of collateral property,
which included, but was not limited to, two hotel franchises on the property located at 6280
Northampton Boulevard, Norfolk, Virginia 23502 (the "Hotel Property"), and to protect and
preserve the Hotel Property and its structures, assets, and revenues and accounts, among other
various items as stated in the Court's April 3, 2012 Order (ECF 4).

2.    On April 3, 2012 an Order was entered appointing HMA as Receiver for the Hotel
Property and HMA was required to, and did, file with the Court a bond in the amount of $25,000

(the "Bond"). By Order entered on July 29, 2014, absent objection or response, to which there were none, the Court destroyed the Bond.

3.    By Order entered on July 27, 2012, the Court substituted CXA-16 Corporation for Beal Bank as the party Plaintiff to this action.

4.    On May 18, 2016 a foreclosure sale was conducted concerning the Hotel Property by the then Substitute Trustee on the Deed of Trust involved in this Case.

5.    As a result of such foreclosure sale, the Receiver's duties are no longer necessary.

WHEREFORE, according to the foregoing, and it otherwise appearing just and proper to do so, it is hereby

ORDERED, ADJUDGED, and DECREED that, as to the Hotel Property and to the extent covered by the April 3, 2012 Order, the Receivership and the duties and obligations of the Receiver hereby are terminated.

The Receiver shall be discharged and relieved of all duties and responsibilities with respect to this matter, and the Bond shall be cancelled and declared null and void and of no further force and effect.

ENTERED:    8/31/16

Raymond A. Jackson
United States District Judge
Judge

**WE ASK FOR THIS:**

Jeffrey M. Steadfast (VSB No. 23967)
Email: jmstedfast@kaufcan.com
Christy L. Murphy (VSB No. 73253)

2

Email: clmurphy@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Hospitality Management Advisors, Inc., Receiver*


James T. Cromwell, Esq. (VSB No.
Email: jtcromwell@sykesbourdon.com
SYKES, BOURDON, AHERN & LEVY, P.C.
281 Independence Boulevard, 5th Floor
Pembroke One Office Building
Virginia Beach, VA 23462-2989
(757) 965-5037
(757) 456-5445 Facsimile
*Counsel for Lake Wright, LLC*


John G. McJunkin, Esq. (VSB No. 31011)
Email: jmcjunkin@bakerdonelson.com
Baker Donelson
901 K Street, NW
Suite 900
Washington, DC 20001
(202) 508-3450
(202) 220-2250 Facsimile
*Counsel for CXA-16 Corporation*

14867673v1

3